```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYRONE LYONS,

                Plaintiff,

      - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.
------------------------------------------------------------X

19-CV-10116 (MKV) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     Any response by the Commissioner to Plaintiff's application for attorneys' fees shall be filed by April 6, 2021.

                          SO ORDERED.

                          _____
                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated: March 23, 2021
       New York, New York

Copies transmitted this date to all counsel of record.